**FILED**

05/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0112

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## NO. DA 20-0112

::::::::::::::::::::::::::::::::::::::::::::::::::::

SHARON UHLIG

      Plaintiff/Appellant,

  -vs-

ALLIED PROPERTY &
CASUALTY INSURANCE
COMPANY,

      Defendant/Appellee.

::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING MOTION
FOR EXTENSION OF TIME**

The Appellee in this matter has moved the Court for an extension of time in which to file its Answer Brief.  Upon review and for good cause shown,

IT IS ORDERED that Appellee's motion is granted and Appellee's Answer Brief is now due on or before July 6, 2020.

DATED THIS _____ day of _____, 2020.

_____

Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 20 2020